TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00783-CR

Craig Antonio Gant, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 46,219, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: January 21, 2000

Do Not Publish